United States District Court
Southern District of Texas

**ENTERED**

October 13, 2020

David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| W-NQ MARKET SQUARE OWNER, VII, L.P., | § § | |
| Plaintiff, | § § | |
| vs. | § § | Case No. 4:19-cv-02660 |
| | § § | |
| SOS FURNITURE COMPANY, INC., | § § | |
| Defendant. | § | |

## ORDER

On this day the Court considered Plaintiff, W-NQ Market Square Owner, VIII, L.P.'s Motion for Default and for Default Judgment. Having considered such Motion and the evidence attached thereto, and the pleadings on file, the Court finds that Plaintiff is entitled to default judgment on liability and damages and the Motion should be in all things GRANTED.

It is therefore ORDERED that default judgment on liability is rendered in favor of W-NQ Market Square Owner, VIII, L.P. and against SOS Furniture Company, Inc., on all causes of action set forth in Plaintiff's First Amended Petition;

It is further ORDERED that W-NQ Market Square Owner, VIII, L.P. is entitled to and is hereby awarded default judgment on its established damages against Defendant in the following amounts:

1. $128,851.96 in actual damages;

2. Pre-judgment interest at the rate of 18% per annum from the date each payment due under the Lease was past due, until the date default judgment is entered, for a total of $14,026.02 as of the date the Motion was filed and an additional $3.65 per day from the date the Motion was filed until the date default judgment is entered;

3. Costs incurred the amount of $1,093.74;

20050675.20190325/3822273.1

4.  Reasonable and necessary attorneys' fees incurred in the amount of $11,119.50; and

5.  Post-judgment interest on all of the above at a rate of 18% per annum, from the date

    default judgment is entered until the default judgment is paid in full.

SIGNED this ___9th___ day of ___October___, 2020.


_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

11